UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

STATE FARM FIRE & CASUALTY COMPANY a/s/o     3:08-CV-0434 TJM/DEP
ALEX BOYCE & ALICIA BOYCE, and
ALEX BOYCE & ALICIA BOYCE, Individually,

                                               Plaintiffs,          **STIPULATION
                                                                       OF DISMISSAL**

vs.                                                      ORDERED

WHIRLPOOL CORPORATION and
LOWE'S HOME CENTERS, INC.,                        David E. Peebles
                                                                 U.S. Magistrate Judge
                                               Defendants.        Dated: 12/23/08

                                                                      Syracuse, New York

Pursuant to FRCP 41(a)(1)(A)(ii), the parties who have appeared in this action, by the signature of their attorneys, stipulate to dismiss the action with prejudice as to any and all claims asserted in the Complaint or Answers, and that no party hereto is an infant or incompetent. This dismissal is without costs against any party.

Dated: December 22, 2008

| | |
|---|---|
| /s/ Stuart D. Markowitz | /s/ James S. Owens, Jr. |
| Stuart D. Markowitz, Esq. | James S. Owens, Jr., Esq. |
| *Attorney for State Farm Fire & Cas. Co.* | NALL & MILLER, LLP |
| 575 Jericho Turnpike, Suite 210 | *Attorneys for Whirlpool Corp.* |
| Jericho, New York 11753 | 235 Peachtree Street, NE, Suite 1500 |
| Tel: (516) 935-3500 | Atlanta, Georgia 30303 |
| Fax: (516) 935-3599 | Tel: (678) 608-1698 |
| smarkowitz@markowitz-law.com | Fax: (404) 522-2208 |
| | SOwens@NallMiller.com |
| | |
| /s/ Oliver N. Blaise, III | /s/ Arthur W. Wentlandt |
| Oliver N. Blaise, III, Esq. | Arthur W. Wentlandt, Esq. |
| COUGHLIN & GERHART, LLP | MACKENZIE HUGHES, LLP |
| *Attorneys for Alex & Alicia Boyce* | *Attorneys for Lowe's Home Ctr, Inc.* |
| 19 Chenango Street | 101 South Salina Street, Suite 600 |
| P.O. Box 2039 | P.O. Box 4967 |
| Binghamton, New York 13902-2039 | Syracuse, New York 13221-4967 |
| Tel: (607) 723-9511 | Tel: (315) 474-7571 |
| Fax: (607) 723-1530 | Fax: (315) 474-6409 |
| oblaise@cglawoffices.com | AWentlandt@mackenziehughes.com |